# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FREDERICK W. HOPKINS, M.D., M.P.H**  PLAINTIFF

v.  Case No. 4:17-cv-00404-KGB

**LARRY JEGLEY, Prosecuting Attorney for
Pulaski County,** *et al.*  DEFENDANTS

## ORDER

The Eighth Circuit Court of Appeals has entered a judgment vacating this Court's preliminary injunction and a mandate remanding this matter to this Court for reconsideration in the light of Chief Justice Roberts's separate opinion *June Medical Services L.L.C. v. Russo*, 140 S. Ct. 2103 (2020), as well as the United States Supreme Court's opinion in *Box v. Planned Parenthood of Indiana and Kentucky, Inc.*, 139 S. Ct. 1780 (2019). Accordingly, this Court vacates its preliminary injunction entered on July 28, 2017 (Dkt. No. 35).

So ordered this 22nd day of December, 2020.

_____
Kristine G. Baker
United States District Judge